B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In re Melvin Jerome Howard , Case No. 11-76871-wlh

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Dilks & Knopik, LLC
Name of Transferee

Name and Address where notices to transferee Should be sent:

35308 SE Center Street
Snoqualmie WA 98065

Phone: 425-836-5728
Last Four Digits of Acct #: ________

United Credit Recovery, LLC
Name of Transferor

Court Claim # (if known): 6
Amount of Claim: $699.68
Date Claim Filed: 10/20/2011

Phone: 239-887-0343
Last Four Digits of Acct #: ________

Name and Address where transferee payments should be sent (if different from above):

Phone: ________
Last Four Digits of Acct #: ________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brian J Dilks - President
Transferee/Transferee's Agent

Date: 1/16/2017

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.