**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| MELVIN JEROME HOWARD | ) | A11-76871-WLH |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS**

Comes now NANCY J. WHALEY, STANDING CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Register of the Clerk of the United States Bankruptcy Court the amount of $65.09 on behalf of RJM ACQUISITIONS, LLC, Creditor, who filed claim #2. These funds are being remitted to the Register because the Creditor has not claimed the funds.

Respectfully Submitted,

/s/______________________________________

Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

## CERTIFICATE OF SERVICE

Case No.: A11-76871-WLH

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Notice of Deposit of Unclaimed Funds Filed After The Bar Date by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

MELVIN JEROME HOWARD
215 HARD WOOD DRIVE
COVINGTON, GA 30016

RJM ACQUISITIONS, LLC
575 UNDERHILL BLVD STE 224
SYOSSET, NY 11791

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Notice of Deposit of Unclaimed Funds through the Court's Electronic Case Filing system.

CLARK & WASHINGTON, P.C.
ecfnotices@cw13.com

This the 1st day of February, 2017.

/s/______________________________________________

Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201